**Order filed February 2, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-11-00847-CR
_____

**TONY KAREEN WHITFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1277164**

---

## ORDER

Appellant was convicted of aggravated robbery after a jury trial.   On September 28, 2011, the trial court sentenced him to confinement for thirty-five years in the Institutional Division of the Texas Department of Criminal Justice.   Appellant filed a timely notice of appeal and affidavit of indigence.   On September 28, 2011, the trial court ordered the court reporter to prepare and file the reporter's record without charge to appellant.   On October 10, 2011, appellant filed a written designation of matters to be included in the reporter's record.   The reporter's record in this case was due **November 28, 2011,** but it

was not filed. *See* Tex. R. App. P. 35.2. On December 12, 2011, the clerk of this court sent a letter to Arlene Webb, the official court reporter, informing her that the record had not been filed. No response was filed. Accordingly, we issue the following order:

We order **Arlene Webb**, the official court reporter, to file the record in this appeal on or before **March 2, 2012.** If Arlene Webb fails to file the record as ordered, the court may order her to appear before this court, on a date certain to show cause why she should not be held in contempt for not filing the record as ordered.


PER CURIAM